UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA PEREZ,<br><br>　　Defendant. | No. CR 06-00787 JF PVT<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE |

Ms. Perez is working in retail and will be required to work late hours through the holiday season. She was released on a personal recognizance bond and has been full compliance with Pretrial Services thus far. The parties agree and stipulate that the curfew condition of release be removed with the Court's permission. United States Pretrial Services has no objection to the removal of the curfew condition.

SO STIPULATED:　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　United States Attorney

DATED:　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　SUSAN KNIGHT
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: December 11, 2007
　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　MICHELLE D. SPENCER
　　　　　　　　　　　　　　　　　　　Counsel for Ms. Perez

Accordingly, for good cause shown, the Court HEREBY ORDERS that Ms. Perez' conditions of release be modified such that the curfew condition is removed. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: 12/17/07

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge