**E-filed 5/15/08**

MICHELLE D. SPENCER
LAW OFFICE OF MICHELLE D. SPENCER
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831.426.9900
Fax:831.427.0674

Attorney for Cynthia Perez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00787 JF PVT |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER EXONERATING BOND** |
| CYNTHIA PEREZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, bond in the above-entitled case is hereby exonerated.

Date: May  15 , 2008

_____
HON. JEREMY VOGEL
United States District Judge

PEREZ- Order Exonerating Bond          1